FILED
FEBRUARY 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 1182

JUDGE KENDALL
MAGISTRATE JUDGE MASON

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Case Number:

R.R. Street & Company and National Union Fire Insurance Company of Pittsburgh v. Vulcan Materials Corporation n/k/a Legacy Vulcan Corp.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, R.R. Street & Company; and National Union Fire Insurance Company of Pittsburgh

J. N.

| | |
|---|---|
| NAME (Type or print) Bryan G. Schumann | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Bryan G. Schumann /s | |
| FIRM Bollinger Ruberry & Garvey | |
| STREET ADDRESS 500 West Madison Street, Suite 2300 | |
| CITY/STATE/ZIP Chicago, Illinois 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6190102 | TELEPHONE NUMBER 312-466-8000, ext. 7227 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐