IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| R.R. STREET & CO., INC., and<br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA., individually<br>and as Subrogee of R.R. STREET & CO., INC.,<br><br>            Plaintiffs,<br><br>    v.<br><br>VULCAN MATERIALS CORPORATION,<br>n/k/a LEGACY VULCAN, CORP.,<br><br>            Defendant. | No.: 08 CV 1182<br>Honorable Virginia M. Kendall |

**DISCLOSURE STATEMENT**

Plaintiff, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., ("National Union"), by and through its attorneys Bollinger, Ruberry & Garvey, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    AMERICAN INTERNATIONAL GROUP, INC.

    AIG GLOBAL TRADE & POL. RISK

    AIG LIFE INSURANCE COMPANY

    AIG LIFE INSURANCE CO. CANADA

    AIG LIFE INSURANCE CO. OF PR

    MG LIFE INSURANCE CO. (SWITZERLAND)

    AIG RETIREMENT SERVICES INC. SUN AMERICA LIFE INS. CO.

    AIG SUN AMERICA LIFE ASSURANCE

    FIRS SUNAMERICA LIFE INS. CO.

    AIU INSURANCE COMPANY

AMERICAN GENERAL CORPORATION

AGC LIFE INSURANCE COMPANY

AIG ANNUITY INSURANCE COMPANY

AIG ASSURANCE CANADA

AMERICAN GENERAL LF & ACCIDENT

AMERICAN GERNERL LIFE INS. CO.

VARIABLE ANNUITY LIFE INS. CO.

AMERICAN GENERL PROPERTY INS.

AMERICAN GENER PROP INS.

FL UNITED STATES LIVE INS. OF NY

AMERICAN GENERAL ASSURANCE CO.

AMERICAN GENERAL INDEMNITY CO.

AMERICAN GENERAL FINANCE INS.

AMERICAN GENERAL FINANCE CORP.

MERIT LIFE INSURANCE CO.

YOSEMITE INSURANCE COMPANY

AMERICAN HOME ASSURANCE CO.

AIG HAWAII INSURANCE CO. INC.

AMERICAN PACIFIC INS. CO. INC.

AMERICAN INTERN INS. CO.

AMERICAN INTER INS. CO. OF CA

AMERICAN INTER INS. CO. OF NJ

MINNESOTA INSURANCE COMPANY

TRANSATLANTIC HOLDINGS INC.

TRANSATLANTIC REINSURANCE CO.

PUTNAM REINSURANCE COMPANY

TRANS RE ZURICH

AMERICAN INTERN INS. CO OF DE

AMERICAN INTER LIFE ASSUR. NY

AMERICAN INTER REINS CO LTD.

AIG EDISON LIFE INSURANCE CO.

AMERICAN INTERN ASSUR BERMUDA

AMERICAN INTL ASR CO. AUSTRALIA

AMERICAN INTERN ASSUR CO. LTD.

NAN SHAN LIFE INSURANCE CO. LTD.

AMERICAN INTERN UNDRS OVERSEAS

AIG BRASIL COMPANHIA

SEGUROS AIG EUROPE (IRELAND)

LIMITED AMERICAN INTER INS. CO. OF PR

LA MERIDIONAL CIA A R DE SEG S.A.

LANDMARK INSURANCE COMPANY LTD.

SEGURIDAD DE CENTROAMERICA S.A.

AMERICAN LIFE INS. CO. DE UNIBANCO AIG SEGUROS S.A.

BIRMINGHAM FIRE INS. CO. OF PA

CHINA AMERICAN HOLDING COMPANY

CHINA AMERICA INS. CO. LTD.

COMMERCE AND INDUSTRY INS. CO.

COMMERCE AND INDUSTRY INS. CA

DELAWARE AMERICAN LIFE INS. CO.

HSB GROUP INC.

HARTFORD STEAM BOILER I & I

HARTFORD STEAM BOILER I & I CT

BOILER INSPECTION & INS. OF CAN.

HSB ENGINEERING INS. LTD.

INSURANCE CO OF THE STATE OF PA

LANDMARK INSURANCE COMPANY

NATIONAL UNION FIRE INS. CO. PA

AMERICAN INTERN SPECIALTY LNS

LEXINGTON INSURANCE COMPANY

AIG CENTENNIAL INSURANCE CO.

AIG PREFERRED INSURANCE CO.

AIG PREMIER INSURANCE CO.

AIG INDEMNITY INSURANCE CO.

AIG AUTO INSURANCE CO. OF NJ

JI ACCIDENT & FIRE INS. CO. LTD.

NATIONAL UNION FIRE INS. CO.

VT NATIONAL UNION FIRE INS. OF LA

STARR EXCESS LIABILITY INS. LTD.

STARR EXCESS LIAB INS. INTL. LTD.

21 CENTURY INSURANCE GROUP

21 CENTURY CASUALTY CO.

21 CENTURY INSURANCE CO.

21 CENTURY INS. CO, SOUTHWEST

UNITED GUARANTY CORPORATION

UNITED GUARANTY MTGE INS. CO.

UNITED GUARANTY MTGE INS. CO. NC

UNITED GUARANTY RESIDENTIAL NC

UNITED GUARANTY RESIDENTIAL

UNITED GUARANTY COMM INS. CO. NC

UNITED GUARANTY CREDIT INS. CO.

UNITED GUARANTY MTGE INDEM CO.

NHIG HOLDING CORPORATION

AUDUBON INSURANCE COMPANY

AUDUBON INDEMNITY COMPANY

NEW HAMPSHIRE INSURANCE CO.

AIG EUROPE S.A.

AIG STAR LIFE INSURANCE CO. LTD.

AMERICAN INTERN PACIFIC INS. CO.

AMERICAN INTERN SOUTH INS. CO.

GRANITE STATE INSURANCE CO.

ILLINOIS NATIONAL INSURANCE CO.

NEW HAMPSHIRE INDEMNITY CO.

AIG NATIONAL INS. CO. INC.

PHILIPPINE AMER LIFE & GEN INS.

PACIFIC UNION ASSURNACE CO.

PHILAM INSURANCE COMPANY INC.

Respectfully submitted,

/ss/     Bryan G. Schumann     /ss/
Bryan G. Schumann, attorney for
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

BOLLINGER, RUBERRY & GARVEY
500 West Madison Street
Suite 2300
Chicago, Illinois 60661
(312) 466-8000
Facsimile: 312-466-8001

**CERTIFICATE OF SERVICE**

**TO:**  Mr. Norman Jetmundsen, Jr.
Assistant General Counsel
Vulcan Materials Company
P.O. Box 385014
Birmingham, Alabama 35238-5014


The undersigned, an attorney, states and certifies that he served the attached Disclosure Statement by mailing a copy to the party listed above and depositing the same, proper postage prepaid, in the U.S. mail at 500 West Madison Street, Chicago, Illinois 60661, before 5:00 p.m. on March 7, 2008.

/ss/     Bryan G. Schumann   /ss/


BOLLINGER, RUBERRY & GARVEY
500 West Madison Street
Suite 2300
Chicago, Illinois 60661
(312) 466-8000
Facsimile: 312-466-8001