IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| R.R. STREET & CO. INC., and<br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA., individually<br>and as Subrogee of R.R. STREET & CO. INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>VULCAN MATERIALS CORPORATION,<br>n/k/a LEGACY VULCAN, CORP.,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　No.: 08 CV 1182<br>)　Honorable Virginia M. Kendall<br>)<br>)<br>)<br>)<br>) |

## **DISCLOSURE STATEMENT**

Plaintiff, R.R. STREET & CO. INC., ("Street"), by and through its attorneys Bollinger, Ruberry & Garvey, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2., certifies that MHF Corporation, a Delaware corporation is the corporate parent of Street, and that there are no publicly held affiliates and/or subsidiaries of said party.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/ss/     Bryan G. Schumann     /ss/
　　　　　　　　　　　　　　　　　Bryan G. Schumann, attorney for
　　　　　　　　　　　　　　　　　Plaintiff, R.R. STREET & CO. INC.

BOLLINGER, RUBERRY & GARVEY
500 West Madison Street
Suite 2300
Chicago, Illinois 60661
(312) 466-8000
Facsimile: 312-466-8001

## **CERTIFICATE OF SERVICE**

**TO:** Mr. Norman Jetmundsen, Jr.
Assistant General Counsel
Vulcan Materials Company
P.O. Box 385014
Birmingham, Alabama 35238-5014

The undersigned, an attorney, states and certifies that he served the attached Disclosure Statement by mailing a copy to the party listed above and depositing the same, proper postage prepaid, in the U.S. mail at 500 West Madison Street, Chicago, Illinois 60661, before 5:00 p.m. on March 7, 2008.

/ss/     Bryan G. Schumann     /ss/

BOLLINGER, RUBERRY & GARVEY
500 West Madison Street
Suite 2300
Chicago, Illinois 60661
(312) 466-8000
Facsimile: 312-466-8001