IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| R.R. STREET & CO. INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, individually and as subrogee of R.R. Street & Co. Inc., | ) ) ) ) ) | |
| Plaintiffs, | ) | Case No. 1:08-cv-01182 |
| v. | ) ) | The Honorable Virginia M. Kendall |
| VULCAN MATERIALS COMPANY, n/k/a LEGACY VULCAN CORP., | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:  Bryan G. Schumann, Esq.          John B. Thomas, Esq.
     Bollinger, Ruberry and Garvey     Stephen M. Loftin, Esq.
     500 West Madison Street           Hicks Thomas & Lilienstern LLP
     Suite 2300                        700 Louisiana, Suite 2000
     Chicago, Illinois  60606-2511     Houston, Texas 77002

   PLEASE TAKE NOTICE that at 9:00 a.m., on Thursday, May 15, 2008, we shall appear before the Honorable Virginia M. Kendall, or anyone sitting in her place and stead, in Room 2319, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Legacy Vulcan Corp.'s Motion to Dismiss or, in the Alternative, Stay the Complaint, a copy of which is attached and herewith served upon you.

Dated:  May 2, 2008                    Respectfully submitted,

                                        **/s/Richard C. Godfrey, P.C.**
                                        Richard C. Godfrey, P.C.
                                        Matthew T. Regan, P.C.
                                        Kirkland & Ellis LLP
                                        200 East Randolph Drive
                                        Chicago, Illinois  60601
                                        Telephone:  312-861-2000
                                        Facsimile:  312-861-2200

                                        *Attorneys for Defendant Vulcan Materials*
                                        *Company, n/k/a Legacy Vulcan Corp.*

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendant Vulcan Materials Company, hereby certifies that, on May 2, 2008, he caused a true and correct copy of the foregoing Notice of Motion to be filed electronically pursuant to the Court's ECF System, which will service notice upon all counsel of record.

    /s/Richard C. Godfrey