## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| R.R. STREET & CO. INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, individually and as subrogee of R.R. Street & Co. Inc.,<br>        Plaintiffs,<br>   v.<br>VULCAN MATERIALS COMPANY, n/k/a LEGACY VULCAN CORP.,<br>        Defendant. | Case No. 1:08-cv-01182<br><br>The Honorable Virginia M. Kendall |

## APPENDIX OF EXHIBITS TO
## LEGACY VULCAN CORP.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY THE COMPLAINT

Richard C. Godfrey, P.C.
Matthew T. Regan, P.C.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois  60601
Telephone:   312-861-2000
Facsimile:    312-861-2200

*Attorneys for Defendant Vulcan Materials Company, n/k/a Legacy Vulcan Corp.*

Dated:  May 2, 2008

**INDEX OF EXHIBITS**

| No. | Description |
| --- | --- |
| 1 | March 12, 2008 Reporter's Transcript of Proceedings, *First State Insurance Co. v. Vulcan Materials Co.*, Superior Court of California, County of Los Angeles |
| 2 | Fourth Amended Complaint, *City of Modesto Redevelopment Agency v. The Dow Chemical Co.*, Case No. 999345, Superior Court of California, County of San Francisco<br><br>Third Amended Complaint, *City of Modesto v. The Dow Chemical Co.*, Case No. 999643, Superior Court of California, County of San Francisco |
| 3 | Complaint, *City of Modesto v. The Dow Chemical Co.*, Case No. CGC-05-447952, Superior Court of California, County of San Francisco |
| 4 | Stephen C. Lyon's Third Party Complaint and Demand for Jury Trial, *Lyon v. The Dow Chemical Co.*, Case No. 1:07 CV-491, United States District Court for the Eastern District of California, Fresno Division |
| 5 | R.R. Street's Cross-Claim Against Legacy Vulcan Corp., *Lyon v. The Dow Chemical Co.*, Case No. 1:07-cv-00491, United States District Court for the Eastern District of California, Fresno Division |
| 6 | Second Amended Complaint, *Garcia v. The Dow Chemical Co.*, Case No. 611655, Superior Court of California, County of Stanislaus |
| 7 | July 18, 2007 Order, *City of Modesto v. The Dow Chemical Co.*, Case No. MSC06-01019, Superior Court of California, County of Contra Costa |
| 8 | November 8, 2007 Order, *City of Modesto Redevelopment Agency v. The Dow Chemical Co.*, Case Nos. 999345 and 999643, Superior Court of California, County of San Francisco |
| 9 | Complaint, *Transport Insurance Co. v. Vulcan Materials Co.*, Case No. BC 328022, Superior Court of California, County of Los Angeles |
| 10 | Complaint, *First State Insurance Co. v. Vulcan Materials Co.*, Case No. BC354664, Superior Court of California, County of Los Angeles |
| 11 | Cross-Complaint, *In re Vulcan Materials Consolidated Coverage Litigation*, Case Nos. BC328022 and BC 354664, Superior Court of California, County of Los Angeles |

-2-

| No. | Description |
|---|---|
| 12 | January 24, 2007 Minute Orders, *First State Insurance Co. v. Vulcan Materials Co.*, Case No. BC354664; *Transport Insurance Co. v. Vulcan Materials Co.*, Case No. BC328022, Superior Court of California, County of Los Angeles |
| 13 | March 15, 2007 Stipulation and Order, *In re Vulcan Materials Consolidated Coverage Litigation*, Case No. BC 328022, Superior Court of California, County of Los Angeles |
| 14 | March 12, 2008 Minute Order, *In re Vulcan Materials Consolidated Coverage Litigation*, Case No. BC 328022, Superior Court of California, County of Los Angeles |
| 15 | April 21, 2008 Minute Order, *In re Vulcan Materials Consolidated Coverage Litigation*, Case No. BC328022, Superior Court of California, County of Los Angeles |

**CERTIFICATE OF SERVICE**

      The undersigned, one of the attorneys for Defendant Vulcan Materials Company, hereby certifies that, on May 2, 2008, he caused a true and correct copy of the foregoing Appendix of Exhibits to Legacy Vulcan Corp.'s Memorandum in Support of Its Motion to Dismiss or, in the Alternative, Stay the Complaint to be filed electronically pursuant to the Court's ECF System, which will service notice upon all counsel of record.

                                             *s/ Richard C. Godfrey, P.C.*