# EXHIBIT 7

| | |
|---|---|
| 1 | Douglas R. Young (State Bar No. 073248) |
| | James H. Colopy (State Bar No. 172806) |
| 2 | Andrew W. Ingersoll (State Bar No. 221348) |
| | FARELLA BRAUN & MARTEL LLP |
| 3 | Russ Building, 17th Floor |
| | 235 Montgomery Street |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 954-4400 |
| 5 | Facsimile: (415) 954-4480 |

ELECTRONICALLY FILED
07-19-07

K. TORRE, CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA - MARTINEZ
BY: C. GREEN, DEPUTY CLERK

Attorneys for Defendant
VULCAN MATERIALS COMPANY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

| | |
|---|---|
| CITY OF MODESTO and CITY OF MODESTO SEWER DISTRICT NO. 1, | Case No.: MSC06-01019 |
| Plaintiffs, | ORDER GRANTING VULCAN MATERIALS COMPANY'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT |
| v. | Date:     August 1, 2007 |
| THE DOW CHEMICAL COMPANY, et al., | Time:     9:00 a.m. |
| | Dept.:    6 |
| Defendants. | Judge:    Hon. David B. Flinn |

Having considered the papers submitted, the argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that:

Vulcan Materials Company's Motion for Determination of Good Faith Settlement is GRANTED in all respects. The settlement between the Plaintiffs City of Modesto and City of Modesto Sewer District No. 1 ("Plaintiffs") and defendant Vulcan Materials Company ("Vulcan"), as set forth in the written agreement attached as Exhibit 6 to the "Declaration of James H. Colopy in Support of Vulcan Materials Company's Motion for Determination of Good Faith Settlement," filed in support of the motion, is found to be made and entered into in good faith, and shall have the legal effects described in California Code of Civil Procedure Sections 877 and 877.6. Specifically, under Section 877, the release and dismissal, given in good

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone (415) 954-4400

[PROPOSED] ORDER GRANTING VULCAN MATERIALS CO.'S MOT. FOR GOOD FAITH DETERMINATION
Contra Costa Superior Court Case No. MSC06-01019         - 1 -

20548\1280013.3

faith before verdict or judgment, discharge Vulcan from all liability for any contribution to any other parties. Specifically, under Section 877.6, this determination by the Court that the settlement was made in good faith shall bar any other joint tortfeasor or co-obligor from any further claims against Vulcan for equitable comparative contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault. This settlement shall reduce the claims against the non-settling defendants in the amount of the consideration paid, as determined by the Court, that amount being set forth in the next paragraph of this order.

IT IS HEREBY ORDERED that for purposes of setoff against any ultimate recovery by Plaintiffs, non-settling defendants collectively shall have one single, total setoff of $395,000 (Three Hundred and Ninety-Five Thousand Dollars). Ninety percent ($355,500) of the total setoff shall be allocated to liability attributed to contamination from the 1700 McHenry Avenue, Suite 64 Site and ten percent ($39,500) shall be allocated to liability attributed to contamination from the 119 East Granger location. This allocation was not opposed by any non-settling defendant.

IT IS HEREBY ORDERED that, pursuant to California Rules of Court Rule 3.1382, all of Plaintiffs' claims asserted in this action against Vulcan based upon comparative fault or equitable indemnity are hereby dismissed, with prejudice.

IT IS SO ORDERED.

DATED: July 18, 2007

By:_____
Hon. David B. Flinn
Superior Court Judge

Digitally signed by David Flinn
DN: cn=David Flinn, c=US, o=Superior Court, ou=Dept. 6,
email=dflinn@contracosta.courts.ca.gov
Reason: I am approving this document
Location: Martinez, CA
Date: 2007.07.18 15:50:35 -07'00'

Approved as to Form:

/s/ Evan Eickmeyer
Duane C. Miller
Michael D. Axline
Evan Eickmeyer
MILLER AXLINE & SAWYER

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone (415) 954-4400

[PROPOSED] ORDER GRANTING VULCAN MATERIALS CO.'S MOT. FOR GOOD FAITH DETERMINATION
Contra Costa Superior Court Case No. MSC06-01019

- 2 -

20548\1280013.3