# EXHIBIT 8

Douglas R. Young (State Bar No. 073248)
James H. Colopy (State Bar No. 172806)
Ruth Ann Castro (State Bar No. 209448)
FARELLA BRAUN & MARTEL LLP
Russ Building, 17th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
VULCAN MATERIALS COMPANY

FILED
San Francisco County Superior Court
NOV 0 8 2007
GORDON PARK-LI, Clerk
BY: _____
      Deputy Clerk

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| CITY OF MODESTO REDEVELOPMENT AGENCY,<br><br>Plaintiff,<br><br>vs.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>Defendants. | Case Nos. 999345 and 999643<br><br>[PROPOSED] ORDER GRANTING VULCAN MATERIALS COMPANY'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT |
| CITY OF MODESTO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE DOW CHEMICAL COMPANY, et al.,<br><br>Defendants. | Date: November 13, 2007<br>Time: 9:30 a.m.<br>Dept: 305<br>Judge: Hon. John E. Munter<br><br>Trial: January 28, 2008 |

Having considered the papers submitted, the argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that:

Vulcan Materials Company's Motion for Determination of Good Faith Settlement is GRANTED in all respects. The settlement between the Plaintiffs City of Modesto, City of Modesto Redevelopment Agency, City of Modesto Sewer District No. 1, and People of the State

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING MOTION FOR
GOOD FAITH SETTLEMENT    - 1 -    14270\1354866.1
NOS. 999643 AND 999345

of California *ex rel* the City Attorney of Modesto ("Plaintiffs") and defendant Vulcan Materials Company ("Vulcan"), as set forth in the written agreement attached as Exhibit A to the Declaration of Douglas R. Young in Support of Vulcan Materials Company's Motion for Determination of Good Faith Settlement filed in support of the motion, is found to be made and entered into in good faith, and shall have the legal effects described in California Code of Civil Procedure Sections 877 and 877.6. Specifically, under Section 877, the release and dismissal, given in good faith before any judgment, discharge Vulcan from all liability for any contribution to any other parties. Specifically, under Section 877.6, this determination by the Court that the settlement was made in good faith shall bar any other joint tortfeasor or co-obligor from any claims against Vulcan for equitable comparative contribution, implied contractual indemnity, or partial or comparative indemnity, based on comparative negligence or comparative fault. The settlement amount of $20,000,000 (Twenty Million Dollars) shall be allocated as set forth in Exhibit A, attached hereto, for the purposes of determining the set-offs against any judgment entered against the non-settling defendants.

IT IS SO ORDERED.

DATED: November 8, 2007

By: _John E. Munter_
Hon. John E. Munter
Superior Court Judge

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING MOTION FOR
GOOD FAITH SETTLEMENT
NOS. 999643 AND 999345

- 2 -

14270\1354866.1