# EXHIBIT 13

COPY

1  Michael W. Ellison (SBN 145832)
   Betty Carroll (SBN 247216)
2  SMITH ♦ ELLISON
   A Professional Corporation
3  19800 MacArthur Boulevard, Suite 1475
   Irvine, California 92612-2445
4
5  Telephone:   (949) 442-1500
   Facsimile:   (949) 442-1515
6
   Attorneys for Plaintiffs First State Insurance Company
7  and Nutmeg Insurance Company

8  Donald W. Brown (SBN 83347)
   Wendy L. Feng (SBN 200813)
9  Tara M. Steeley (SBN 231775)
   COVINGTON & BURLING LLP
10 One Front Street
   San Francisco, California 94111
11
   Telephone:   (415) 591-6000
12 Facsimile:   (415) 591-6091

13 Attorneys for Defendant Vulcan Materials Company

14
                SUPERIOR COURT FOR THE STATE OF CALIFORNIA
15
            FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT
16

17                                            ) Lead Case No. BC328022
                                              )
18                                            ) Related Case No. BC 354664
   VULCAN MATERIALS CONSOLIDATED )
19 COVERAGE LITIGATION                        )
                                              ) **STIPULATION AND PROPOSED**
20                                            ) **ORDER**
                                              )
21                                            )
                                              ) Date Action Filed:  June 28, 2006
22                                            ) Trial Date:          Not Set

*(Received stamp: MAR 1 4 REC'D, Dept. 311)*

*(Stamp: ORIGINAL FILED MAR 1 5 2007 LOS ANGELES SUPERIOR COURT)*

23

24      Pursuant to the Court's Minute Order dated February 26, 2007, the parties jointly

25 submit the following Stipulation and Proposed Order governing the protocol for the initial

26 exchange of policy information and preparation of a policy chart.[1] The exchange of information

27 _____

28 [1] Counsel for Plaintiffs and counsel for Vulcan have reached agreement on the wording of this Stipulation and Order and have circulated multiple drafts to counsel for all other parties and attempted to create a consensus version of this document to the extent possible.

3-14-07consensusstip.doc

Stipulation And Proposed Order

1  provided for in this Stipulation and Order is intended to be a good faith exchange of information
2  about policies or alleged policies at issue in this action. This Stipulation and Order shall not
3  limit any party's right to conduct discovery related to any insurance policies allegedly issued to
4  Vulcan Materials Company. Compliance with this Stipulation and Order shall not constitute a
5  waiver of any objection that any party may have to the production or admissibility of any
6  document produced pursuant to this Stipulation and Order.

## I. Scope of Policy Exchange

As noted during the Status Conference held on February 26, 2007, Defendant Vulcan Materials Company ("Vulcan") has already conducted what it believes is a reasonable search and gathered copies of general liability policies issued to it or Vulcan affiliates Frontier Chemicals, the Frontier Chemicals Division of Vulcan Materials Company, and the Vulcan Chemicals Division of Vulcan Materials Company (collectively the "Vulcan Affiliates"), by the insurers who are parties to this case (collectively, "the Insurers") prior to 1986 and secondary evidence of such policies to the extent it could not locate policy documents, and will deliver those documents to the Insurers within fifteen (15) days after entry of the Order proposed below ("the Order"). The Insurers will continue conducting what they believe are reasonable searches for general liability policies and secondary evidence of general liability policies issued prior to 1986 to Vulcan Materials Company or the Vulcan Affiliates.[2] After each Insurer receives Vulcan's initial production of policy documents, it will complete its search and produce to Vulcan within sixty (60) days after entry of the Order those policies issued by it to Vulcan or the Vulcan Affiliates and secondary evidence of such policies to the extent it could not locate policy documents. As part of its search, each Insurer will also search for any such policies associated with that Insurer that are identified in Vulcan's anticipated production to that Insurer and that the Insurer did not previously locate, to the extent it has not already done so. Vulcan will also search for any such policies identified by the Insurers in their production to Vulcan that Vulcan

---

[2] By agreeing to search for policies issued to the Vulcan Affiliates, the Insurers are not admitting that any such entities or policies are in any way relevant to this action.

did not previously locate, to the extent it has not already done so, and produce any additional documents it locates based on that search.

## II. Policy Depository and Conventions

Pursuant to the February 26, 2007 Minute Order, the parties will designate a third party service provider to serve as an electronic document depository for the stipulated polices and policy evidence within forty-five (45) days after entry of the Order. The parties will place into the policy depository the agreed policies and secondary evidence of policies identified through the stipulation process outlined below.

The parties have agreed to the numbering convention for documents that each party produces in this action: The table of prefixes is set forth in Exhibit A to this Stipulation.

## III. Schedule for Policy Stipulation and Chart Preparation

Within fifteen (15) days after entry of the Order, Vulcan will produce to each insurer one copy of each general liability insurance policy in its possession that was issued to it or a Vulcan Affiliate prior to 1986 by that Insurer or a predecessor. To the extent that any such general liability policies issued by a given Insurer, or a predecessor which issued general liability policies to Vulcan or a Vulcan Affiliate, are missing, Vulcan will also search for and produce to that insurer whatever secondary evidence of the existence and material terms of such missing policies it is able to locate.[3]

Within sixty (60) days after entry of the Order, each Insurer will produce one copy of each general liability insurance policy in its possession that it or any predecessor company issued to Vulcan Materials Company or any Vulcan Affiliate prior to 1986. To the extent that any such general liability policies issued by a given Insurer or a predecessor to Vulcan or a Vulcan Affiliate are missing, that Insurer will also search for and produce whatever secondary evidence of the existence and material terms of such missing policies it is able to locate. If Vulcan's production revealed that an affiliate of an Insurer issued a general liability policy to Vulcan or any Vulcan Affiliate prior to 1986, that Insurer will produce one copy of each such

---

[3] After the parties produce the policies and policy evidence and prepare the coverage chart as required by this Stipulation, they will cooperate to identify the entities that issued any missing policies.

general liability insurance policy that its affiliate issued to Vulcan or any Vulcan Affiliate if in the Insurer's possession, custody or control. To the extent that any such general liability policies issued by a given Insurer's affiliate to Vulcan are missing, that Insurer will also search for and produce whatever secondary evidence of the existence and material terms of such missing policies it is able to locate and that is in its possession, custody or control.

Within sixty (60) days after the entry of the Order, each Insurer will produce information regarding any impairment or exhaustion of the limits of the general liability policies that it issued to Vulcan prior to 1986. Also within sixty (60) days after entry of the Order, Vulcan will produce information regarding any impairment or exhaustion of the limits of the general liability policies that the Insurers issued to it prior to 1986.

Within one hundred twenty (120) days after entry of the Order, Vulcan and each Insurer will meet and confer in an effort to agree on the documents that constitute the insurance policies issued by that Insurer at issue in these cases and on the degree to which their limits are impaired or exhausted.

Within one hundred fifty (150) days after the Order, Vulcan and each Insurer will provide to the electronic policy depository vendor stipulations attaching the documents they agree constitute portions of the general liability policies issued by that Insurer prior to 1986, documents which one of them believes constitute portions of such policies but on which there are disagreements, and secondary evidence of such policies to the extent they were not able to locate policy documents.

///
///
///
///
///
///
///
///

    Within one hundred eighty (180) days after entry of the Order, the parties will lodge with the Court a policy chart based upon the stipulations and stipulated policy documents that are exchanged.

DATED: March 14, 2007

Michael W. Ellison
Betty Carroll
Smith ♦ Ellison
A Professional Corporation

By: _____
Michael W. Ellison
Attorneys for Plaintiffs First State Insurance Company and Nutmeg Insurance Company

Donald W. Brown (SBN 83347)
Wendy L. Feng (SBN 200813)
Tara M. Steeley (SBN 231775)
Covington & Burling LLP

By: _____
Donald W. Brown
Attorneys for Defendant Vulcan Materials Company

IT IS SO ORDERED.

MAR 15 2007
MAR 15 2007

_____
CARL J. WEST
Hon. Carl J. West

1 | Within one hundred eighty (180) days after entry of the Order, the parties will lodge
2 | with the Court a policy chart based upon the stipulations and stipulated policy documents that
3 | are exchanged.

4 | DATED: March 14, 2007

Michael W. Ellison
Betty Carroll
Smith ♦ Ellison
A Professional Corporation

By: _____
Michael W. Ellison
Attorneys for Plaintiffs First State Insurance
Company and Nutmeg Insurance Company

Donald W. Brown (SBN 83347)
Wendy L. Feng (SBN 200813)
Tara M. Steeley (SBN 231775)
Covington & Burling LLP

By: _Donald W. Brown_/Tms
Donald W. Brown
Attorneys for Defendant Vulcan Materials
Company

IT IS SO ORDERED.

_____
Hon. Carl J. West

In Re VULCAN MATERIALS
LASC Case No. BC 328022

**EXHIBIT A: TABLE OF PREFIXES**

| Prefix | Beginning Bates | Insurer | Counsel | Firm |
|---|---|---|---|---|
| ACE | ACE 0000001 | ACE Property & Casualty Insurance Company (f/k/a CIGNA Property & Casualty Insurance Company, f/k/a Aetna Insurance Company) | Deborah A. Aiwasian John C. Conway | Berman & Aiwasian |
| AFM | AFM 0000001 | Affiliated FM Insurance Company | Katherine E. Mast Julia Molander | Sedgwick, Detert, Moran & Arnold LLP |
| AUIC | AUIC 0000001 | Allianz Underwriters Insurance Company | Roger E. Marken Charles R. Diaz | Murtaugh Meyer Nelson &Treglia LLP |
| AH | AH 0000001 | American Home Assurance Company | Karren J. Baker | Sinnott, Dito, Moura & Puebla |
| AMRE | AMRE 0000001 | American Reinsurance Co. | Lawrence A. Tabb | Musick Peeler & Garrett |
| AIIC | AIIC 0000001 | Atlanta International Insurance company (f/k/a Drake) | Jeff Burt | Gilbert Kelly Crowley & Jennett LLP |

DM1\760095.1

In Re VULCAN MATERIALS
LASC Case No. BC 328022

| Prefix | Beginning Bates | Insurer | Counsel | Firm |
|---|---|---|---|---|
| CEN | CEN 0000001 | Century Indemnity Company in its own capacity and its capacity as: (1) successor to CIGNA Specialty Insurance Company (f/k/a California Union Insurance Company); (2) successor to CCI Insurance Company as successor to Insurance Company of North America | Deborah A. Aiwasian John C. Conway | Berman & Aiwasian |
| LMI | LMI 0000001 | Certain Underwriters at Lloyds London and Certain London Market Insurance Companies (collectively "London Market Insurers") | Yvette D. Roland Audra L. Thompson Richard McDermott Stephen Murray | Duane Morris LLP Lord Bissell & Brook LLP |
| CCC | CCC 0000001 | Continental Casualty Company | Brian Walsh Mark Gamboa | Colliau Elenius Murphy Carluccio Keener & Morrow |
| CIC | CIC 0000001 | Continental Insurance Company (successor to Harbor Insurance Company) | Brian Walsh Mark Gamboa | Colliau Elenius Murphy Carluccio Keener & Morrow |
| ERC | ERC 0000001 | Employers Reinsurance Corporation | Nancy L. Beattie | Riedl, McCloskey & Waring LLP |

2

DM1\1760695.1

In Re VULCAN MATERIALS
LASC Case No. BC 328022

| Prefix | Beginning Bates | Insurer | Counsel | Firm |
|---|---|---|---|---|
| FSIC | FSIC 0000001 | Fairmont Specialty Insurance Company (formerly Ranger Insurance Company) | Beth A. Kahn<br>Walter J. Lipsman | Morris Polich & Purdy LLP |
| FIC | FIC 0000001 | Federal Insurance Company | Kirk C. Chamberlin<br>Lan Vu | Charlston Revich & Chamberlin LLP |
| FFIC | FFIC 0000001 | Fireman's Fund | Sherry Pantages | Caron Constants & Wilson |
| FSN | FSN 0000001 | First State Insurance Company | Michael Ellison<br>Betty Carroll<br>Shanda Beach | Smith Ellison |
| GS | GS 0000001 | Granite State Insurance Company | Karren J. Baker | Sinnott, Dito, Moura & Puebla |
| IIC | IIC 0000001 | Industrial Indemnity Co. | Deborah A. Aiwasian<br>John C. Conway | Berman & Aiwasian |
| LEX | LEX 0000001 | Lexington Ins. Co. | Karren J. Baker | Sinnott, Dito, Moura & Puebla |
| NU | NU 0000001 | National Union Fire Insurance Company of Pittsburgh, PA | Karren J. Baker | Sinnott, Dito, Moura & Puebla |
| NSR | NSR 0000001 | North Star Reinsurance Corporation | Michael Leahy<br>Eugenie Baumann<br>Mark Hoerrner | Haight Brown & Bonesteel<br>Budd Larner PC |

3

DM1\1760095.1

In Re VULCAN MATERIALS
LASC Case No. BC 328022

| Prefix | Beginning Bates | Insurer | Counsel | Firm |
|---|---|---|---|---|
| NNIC | NNIC 0000001 | Northwestern National Insurance Company (successor to Bellefonte Underwriters Insurance Company) | Mark A. Froehlich<br>Stephen D. Straus | Traub Eglin Lieberman Straus |
| FSN | FSN 0000001 | Nutmeg Insurance Co. | Michael Ellison<br>Betty Carroll<br>Shanda Beach | Smith Ellison |
| PEIC | PEIC 0000001 | Pacific Employers Insurance Co. | Deborah A. Aiwasian<br>John C. Conway | Berman & Aiwasian |
| PIC | PIC 0000001 | Pacific Indemnity Co. | Kirk C. Chamberlin<br>Lan Vu | Charlston Revich & Chamberlin LLP |
| SNCC | SNCC 0000001 | Safety National Casualty Corp. | Mitchell B. Greenberg<br>Kyle Whitman | Abbey Weitzenberg Warren & Emery |
| STN | STN 0000001 | Stonewall Insurance | Michael H. Weiss<br>Richard E. Wirick | Fainsbert Mase & Snyder, LLP |
| TIG | TIG 0000001 | TIG Insurance Company f/k/a International Insurance Company | Deborah A. Aiwasian<br>John C. Conway | Berman & Aiwasian |
| TRANS | TRANS 0000001 | Transport Insurance Co. | Ray L. Wong<br>Cyndie M. Chang | Duane Morris LLP |

4

In Re VULCAN MATERIALS
LASC Case No. BC 328022

| Prefix | Beginning Bates | Insurer | Counsel | Firm |
|---|---|---|---|---|
| UIC | UIC 0000001 | Unigard Indemnity Company | Dennis Zaragoza | Law Offices of Dennis Zaragoza |
| UNIC | UNIC 0000001 | United National Insurance Co. | August L. Lohuaru | Nielsen Haley & Abbott LLP |
| USFIC | USFIC 0000001 | United States Fire Insurance Company (for certain alleged policies) | Deborah A. Aiwasian John C. Conway | Berman & Aiwasian |
| VMC-INS | VMC-INS 0000001 | Vulcan Materials Co. | Donald W. Brown Wendy L. Feng Tara Steeley Stephen C. Chien | Covington & Burling LLP |
| WFIC | WFIC 0000001 | Westchester Fire Insurance Company with respect to policies allegedly issued by Industrial Indemnity Insurance Company | Deborah A. Aiwasian John C. Conway | Berman & Aiwasian |
| VG | VG 0000001 | XL Insurance Company (Vanguard) | Matthew S. Ponzi Kevin J. Price | Foran Glennon Palandech & Ponzi PC |
| ZUR | ZUR 0000001 | Zurich International (Bermuda) Co., Ltd. | Jeffrey C. Segal Michael S. Little | Selman Breitman LLP |

5

DM1\1760095.1

# PROOF OF SERVICE

1. I am employed with the law firm of Smith ♦ Ellison, whose address is 19800 MacArthur Boulevard, Suite 1475, Irvine, California 92612; I am not a party to the cause; I am over the age of eighteen years and I am readily familiar with Smith ♦ Ellison's practice for electronic service processing.

2. I further declare that on the date hereof I served a copy of the following document(s):

**STIPULATION AND PROPOSED ORDER**

by delivering to LexisNexis a true copy thereof via Internet for service on all counsel of record by electronic service pursuant to the Court's Order Authorizing Electronic Service, as entered on January 25, 2007.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this 14th day of March, 2007, at Irvine, California.

*Kathleen Foster*
Kathleen Foster

Proof Of Service