# EXHIBIT 14

| | | | |
|---|---|---|---|
| DATE: 03/12/08 | | | DEPT. 31 |
| HONORABLE Carl J. West JUDGE | | R. Rully | DEPUTY CLERK |
| HONORABLE JUDGE PRO TEM | | | ELECTRONIC RECORDING MONITOR |
| S. Zuckerman, C.A Deputy Sheriff | | W. Oillataguerre, C.S.R. | Reporter |

1:30 pm  BC328022

In Re: Vulcan Materials
Consolidated Coverage Litiation

COMPLEX 1-24-07
See X-Ref BC328022 (Lead)

Plaintiff Counsel: Michael W. Ellison (x)
Jane Karren Baker (x)
Ray L. Wong (x)

Defendant Counsel: Cindy M. Chang (x)
Donald W. Brown (x)
Wendy L. Feng (x)

NATURE OF PROCEEDINGS:

FURTHER STATUS CONFERENCE:

The Court holds a Further Status Conference this date in open court and on the record with counsel appearing as indicated.

Following discussion between the Court and counsel, fully reflected in the notes of the official Court Reporter, the Court makes orders as follows:

1. Pleading Issues:

First State Insurance Company is granted leave to file an Amended Complaint and Vulcan Materials Company is granted leave to file an Amended Cross-Complaint, on or before April 4, 2008.

2. Protective Order:

a. The parties shall submit either a stipulation and proposed protective order, or, in the event that they are unable to stipulate to a protective order, file a Joint Statement setting forth their respective positions and containing the differing protective orders proposed by each party, on or before April 11, 2008.

MINUTES ENTERED
03/12/08
COUNTY CLERK

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

DATE: 03/12/08                                              DEPT. 311

HONORABLE Carl J. West           JUDGE   R. Rully          DEPUTY CLERK

HONORABLE                JUDGE PRO TEM            ELECTRONIC RECORDING MONITOR

S. Zuckerman, C.A   Deputy Sheriff   W. Oillataguerre, C.S.R.   Reporter

| 1:30 pm | BC328022 | Plaintiff Counsel | Michael W. Ellison (x)<br>Jane Karren Baker (x)<br>Ray L. Wong (x) |
|---|---|---|---|
| | In Re: Vulcan Materials<br>Consolidated Coverage Litiation | Defendant Counsel | Cindy M. Chang (x)<br>Donald W. Brown (x)<br>Wendy L. Feng (x) |
| | COMPLEX 1-24-07<br>See X-Ref BC328022 (Lead) | | |

**NATURE OF PROCEEDINGS:**

    b. If the parties are unable to stipulate to the protective order and elect to file a Joint Statement containing the proposed orders, the Court will enter an order upon consideration of the proposed orders.

3. Tender of Threshold Issues to the Court for Determination:

    a. The parties shall meet and confer regarding the effect of San Francisco Superior Court's allocation of the Modesto settlement on insurers' contention that a punitive damage exposure on those claims must be considered in determining coverage for the settlement and whether this issue is appropriate for determination as a threshold issue.

    b. The parties shall meet and confer regarding the Absolute Pollution Exclusion provisions in policies at issue in this litigation and advise the Court at the next status conference, whether any such issues are appropriate for determination as threshold issues.

    c. The parties shall provide a stipulation and proposed briefing schedule for determination of any such issues.

Page   2 of  4   DEPT. 311

**MINUTES ENTERED**
03/12/08
**COUNTY CLERK**

| | | | |
|---|---|---|---|
| DATE: 03/12/08 | | | DEPT. 311 |
| HONORABLE Carl J. West | JUDGE | R. Rully | DEPUTY CLERK |
| HONORABLE | JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| S. Zuckerman, C.A | Deputy Sheriff | W. Oillataguerre, C.S.R. | Reporter |

1:30 pm  BC328022

In Re: Vulcan Materials
Consolidated Coverage Litiation

COMPLEX 1-24-07
See X-Ref BC328022 (Lead)

Plaintiff Counsel: Michael W. Ellison (x)
Jane Karren Baker (x)
Ray L. Wong (x)

Defendant Counsel: Cindy M. Chang (x)
Donald W. Brown (x)
Wendy L. Feng (x)

**NATURE OF PROCEEDINGS:**

4. Further Status Conference and Joint Statement:

   a. The Court sets a Further Status Conference for April 21, 2008, at 3:00 P.M., in Department CCW-311.

   b. In anticipation of the April 21, 2008 conference the parties shall serve and file a Joint Statement (more than one may be filed at the parties' election) on or before April 17, 2008.

5. Filings in Department CCW-311:

   The Court requests that the parties file an original and one "courtesy" copy of all statements and/or status reports ordered by the Court, and an original and two "courtesy" copies of all motions and briefing pertaining to motions, directly in Department CCW-311.

ADDITIONAL PERSONAL APPEARANCES BY COUNSEL:

Nicholas R. Andren (x)     Eva Lee (x)
John C. Conway (x)         Michael S. Little (x)
Charles R. Diaz (x)        August L. Lohuaru (x)
Michael J. Leahy (x)       Lawrence A. Tabb (x)
                           Richard E. Wirick (x)

**MINUTES ENTERED**
03/12/08
**COUNTY CLERK**

| | | | |
|---|---|---|---|
| DATE: 03/12/08 | | | DEPT. 311 |
| HONORABLE Carl J. West JUDGE | | R. Rully | DEPUTY CLERK |
| HONORABLE JUDGE PRO TEM | | | ELECTRONIC RECORDING MONITOR |
| S. Zuckerman, C.A Deputy Sheriff | | W. Oillataguerre, C.S.R. | Reporter |

| 1:30 pm | BC328022 | Plaintiff Counsel | Michael W. Ellison (x) Jane Karren Baker (x) |
|---|---|---|---|
| | In Re: Vulcan Materials Consolidated Coverage Litiation | Defendant Counsel | Ray L. Wong (x) Cindy M. Chang (x) Donald W. Brown (x) Wendy L. Feng (x) |
| | COMPLEX 1-24-07 See X-Ref BC328022 (Lead) | | |

**NATURE OF PROCEEDINGS:**

TELEPHONIC APPEARANCES BY COUNSEL:

Jeffrey C. Burt (x)          Katherine E. Mast (x)
Mark Froehlich (x)           Sherry L. Pantages (x)
Mitchell B. Greenberg (x)    Brian W. Walsh (x)
Walter Lipsman (x)           Dennis Zaragoza (x)


    Pursuant to the Court's Order Authorizing Electronic Service, a true and correct copy of this Minute Order is served upon the parties to the above-entitled case this date by posting a copy of the Minute Order on the Lexis/Nexis File & Serve website.