# EXHIBIT 15

| | | | | |
|---|---|---|---|---|
| DATE: 04/21/08 | | | DEPT. 31 | 19504164 |
| HONORABLE Carl J. West | JUDGE | R. Rully | DEPUTY CLERK | |
| HONORABLE | JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR | Apr 21 2008 |
| S. Zuckerman, C.A. | Deputy Sheriff | W. Oillataguerre, C.S.R. | Reporter | |

| 1:30 pm | BC328022 | | Plaintiff Counsel | Michael W. Ellison (x) Jane Karren Baker (x) |
|---|---|---|---|---|
| | TRANSPORT INS. V. VS VULCAN MATERIALS | | Defendant Counsel | Wendy L. Feng (x) Donald W. Brown (x) Cyndie Chang (x) Ray L. Wong (x) |
| | COMPLEX 1-24-07 See X-Ref BC328022 (Lead) | | | |

**NATURE OF PROCEEDINGS:**

FURTHER STATUS CONFERENCE:

The Court holds a Further Status Conference this date in open court and on the record with counsel appearing as indicated.

The Court confers with counsel, as fully reflected in the notes of the official Court Reporter, and makes Orders as follows:

1. Protective Order:

The parties shall submit to the court a revised stipulation to entry of a protective order, on or before May 2, 2008.

2. Threshold Issue Determination:

a. The parties shall prepare and submit a stipulation, on or before May 2, 2008, tendering the issue of the effect of the Good Faith Order in the Modesto litigation on undisputed facts and acknowledging that the issue may be determined as a matter of law.

b. The Court sets the following briefing and hearing schedule on the issue, subject to the filing of the requested stipulation:

| | |
|---|---|
| DATE: 04/21/08 | DEPT. 311 |
| HONORABLE Carl J. West        JUDGE | R. Rully            DEPUTY CLERK |
| HONORABLE                  JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| S. Zuckerman, C.A.    Deputy Sheriff | W. Oillataguerre, C.S.R.    Reporter |

| 1:30 pm | BC328022  TRANSPORT INS. V.  VS  VULCAN MATERIALS  COMPLEX 1-24-07  See X-Ref BC328022 (Lead) | Plaintiff Counsel  Defendant Counsel | Michael W. Ellison (x)  Jane Karren Baker (x)  Wendy L. Feng (x)  Donald W. Brown (x)  Cyndie Chang (x)  Ray L. Wong (x) |

**NATURE OF PROCEEDINGS:**

   i. Vulcan shall serve and file its Opening Brief on or before May 16, 2008.

   ii. Insurers' Opposition Briefs shall be served and filed on or before June 27, 2008.

   iii. Vulcan's Reply Brief shall be served and filed on or before July 18, 2008.

   iv. Hearing Re: Determination of Threshold Issues is set for July 29, 2008, at 1:30 P.M., in Department CCW-311.

3. Discussions of Counsel Pursuant to the Court's
   Meet and Confer Requirements:

   Counsel complying with the Court's meet and confer requirements shall not be deemed to have waived any attorney-client privilege and counsels' discussions shall be deemed subject to the litigation privilege. This Order is entered to facilitate counsel's efforts to provide stipulations and agreements requested by the Court to assist the Court in the management of this litigation.

4. Further Status Conference and Joint Statement:

   a. The Court sets a Further Status Conference for July 29, 2008, at 1:30 P.M., in Department CCW-311,

Page    2 of    4    DEPT. 311

MINUTES ENTERED
04/21/08
COUNTY CLERK

| | |
|---|---|
| DATE: 04/21/08 | DEPT. 311 |
| HONORABLE Carl J. West  JUDGE | R. Rully  DEPUTY CLERK |
| HONORABLE  JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| S. Zuckerman, C.A.  Deputy Sheriff | W. Oillataguerre, C.S.R.  Reporter |

| 1:30 pm | BC328022 | Plaintiff Counsel | Michael W. Ellison (x)<br>Jane Karren Baker (x) |
|---|---|---|---|
| | TRANSPORT INS. V.<br>VS<br>VULCAN MATERIALS | Defendant Counsel | Wendy L. Feng (x)<br>Donald W. Brown (x)<br>Cyndie Chang (x)<br>Ray L. Wong (x) |
| | COMPLEX 1-24-07<br>See X-Ref BC328022 (Lead) | | |

**NATURE OF PROCEEDINGS:**

to be held concurrently with the Hearing Re: Determination of Threshold Issues.

    b. In anticipation of the July 29, 2008 Further Status Conference the parties shall serve and file a Joint Statement on or before July 23, 2008.

    The Court requests that the parties file an original and one "courtesy" copy of all Joint Statements/Status Reports ordered by the Court and an original and two "courtesy" copies of all motions and briefing pertaining to motions, directly in department CCW-311..

ADDITIONAL PERSONAL APPEARANCES BY COUNSEL:

Nicholas R. Andrea (x)    Andrew R. McCloskey (x)
Charles H. Diaz (x)      Lawrence A. Tabb (x)
Michael J. Leahy (x)     Richard E. Wirick (x)
Donald L. Mabry (x)

TELEPHONIC APPEARANCES BY COUNSEL:

Jeffrey C. Burt (x)      Sherry Pantages (x)
John C. Conway (x)      Yvette Roland (x)
Mark Froelich (x)       Brian W. Walker (x)
Beth Kahn (x)          Stephanie Walker (x)

Page  3 of  4    DEPT. 311

MINUTES ENTERED
04/21/08
COUNTY CLERK

| DATE: 04/21/08 | | | | **DEPT.** 311 |
|---|---|---|---|---|
| HONORABLE Carl J. West | JUDGE | R. Rully | | DEPUTY CLERK |
| HONORABLE | JUDGE PRO TEM | | | ELECTRONIC RECORDING MONITOR |
| S. Zuckerman, C.A. | Deputy Sheriff | W. Oillataguerre, C.S.R. | | Reporter |

| 1:30 pm | BC328022 | Plaintiff Counsel | Michael W. Ellison (x) Jane Karren Baker (x) |
|---|---|---|---|
| | TRANSPORT INS. V. VS VULCAN MATERIALS | Defendant Counsel | Wendy L. Feng (x) Donald W. Brown (x) Cyndie Chang (x) Ray L. Wong (x) |
| | COMPLEX 1-24-07 See X-Ref BC328022 (Lead) | | |

**NATURE OF PROCEEDINGS:**

Pursuant to the Court's Order Authorizing Electronic Service, a true and correct copy of this Minute Order is served upon the parties to the above-entitled case this date by posting a copy of the Minute Order on the Lexis/Nexis File & Serve website.

Page   4 of   4    DEPT. 311

**MINUTES ENTERED**
04/21/08
**COUNTY CLERK**