**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| R.R. STREET & CO. INC. and <br> NATIONAL UNION FIRE INSURANCE <br> COMPANY OF PITTSBURGH, PA, <br> individually and as subrogee of R.R. Street <br> & Co. Inc., <br>      Plaintiffs, <br> v. <br> VULCAN MATERIALS COMPANY, n/k/a <br> LEGACY VULCAN CORP., <br>      Defendant. | Case No. 1:08-cv-01182 <br><br> The Honorable Virginia M. Kendall |

## LEGACY VULCAN CORP.'S DISCLOSURE STATEMENT

Pursuant to Rule 3.2 of the Local Rules for the United States District Corut for the Northern District of Illinois, and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Legacy Vulcan Corp. (formerly known as Vulcan Materials Company) by and through its attorneys, Kirkland & Ellis LLP, hereby discloses that it has one parent corporation, Vulcan Materials Company (formerly known as Virginia Holdco, Inc.), and that Vulcan Materials Company, a publicly held corporation, owns 100% of Legacy Vulcan Corp.'s stock.

Dated: May 2, 2008            Respectfully submitted,

                                   /s/**Richard C. Godfrey, P.C.**
                                Richard C. Godfrey, P.C.
                                Matthew T. Regan, P.C.
                                Kirkland & Ellis LLP
                                200 East Randolph Drive
                                Chicago, Illinois  60601
                                Telephone:  312-861-2000
                                Facsimile:   312-861-2200

                                *Attorneys for Defendant Vulcan Materials
                                Company, n/k/a Legacy Vulcan Corp.*

## **CERTIFICATE OF SERVICE**

      The undersigned, one of the attorneys for Defendant Vulcan Materials Company, a/k/a Legacy Vulcan Corp., hereby certifies that, on May 2, 2008, he caused a true and correct copy of the foregoing Legacy Vulcan Corp.'s Disclosure Statement to be filed electronically pursuant to the Court's ECF System, which will service notice upon all counsel of record.

                                              **/s/Richard C. Godfrey**