## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
## Eastern Division

R.R. Street & Co. Inc., et al.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−01182
                                                Honorable Virginia M. Kendall

Vulcan Materials Company
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2008:

   MINUTE entry before Judge Honorable Virginia M. Kendall: At the joint request of parties, the 5/15/08 Initial Status Hearing and the 5/15/08 presentment date for Defendant's Motion to Dismiss [15] are stricken and reset for 5/21/2008 at 09:00 AM. Joint Status Report due by 5/16/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.