**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| R.R. STREET & CO. INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, individually and as subrogee of R.R. Street & Co. Inc., | )<br>)<br>)<br>)<br>) | |
| Plaintiffs, | ) | Case No. 1:08-cv-01182 |
| v. | ) | |
| | ) | The Honorable Virginia M. Kendall |
| VULCAN MATERIALS COMPANY, n/k/a LEGACY VULCAN CORP., | )<br>)<br>) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:  Bryan G. Schumann, Esq.          John B. Thomas, Esq.
     Bollinger, Ruberry and Garvey    Stephen M. Loftin, Esq.
     500 West Madison Street          Hicks Thomas & Lilienstern LLP
     Suite 2300                       700 Louisiana, Suite 2000
     Chicago, Illinois  60606-2511    Houston, Texas 77002

PLEASE TAKE NOTICE that on Wednesday, May 21, 2008, at 9:00 a.m., we shall appear before the Honorable Virginia M. Kendall, or anyone sitting in her place and stead, in Room 2319, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Legacy Vulcan Corp.'s Motion to Dismiss or, in the Alternative, Stay Plaintiffs' May 2, 2008 Amended Complaint, a copy of which is attached and herewith served upon you.

Dated:  May 12, 2008                  Respectfully submitted,

                                       /s/Matthew T. Regan, P.C.
                                      Richard C. Godfrey, P.C.
                                      Matthew T. Regan, P.C.
                                      Kirkland & Ellis LLP
                                      200 East Randolph Drive
                                      Chicago, Illinois  60601
                                      Telephone:  312-861-2000
                                      Facsimile:  312-861-2200

                                      *Attorneys for Defendant Vulcan Materials
                                      Company, n/k/a Legacy Vulcan Corp.*

## **CERTIFICATE OF SERVICE**

      The undersigned, one of the attorneys for Defendant Vulcan Materials Company, n/k/a Legacy Vulcan Corp., hereby certifies that, on May 12, 2008, he caused a true and correct copy of the foregoing Notice of Motion to be filed electronically pursuant to the Court's ECF System, which will serve notice upon all counsel of record.

                                        **/s/Matthew T. Regan**