UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

R.R. Street & Co. Inc., et al.
          Plaintiff,

v.                 Case No.: 1:08−cv−01182
                 Honorable Virginia M. Kendall

Vulcan Materials Company
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

  MINUTE entry before the Honorable Virginia M. Kendall: Given the filing of Plaintiff's Amended Complaint, Defendant's Motion to Dismiss [15] is denied as moot. Defendant has informed the Court that its Memorandum [17] shall apply to the Motion to Dismiss the Amended Complaint [22]. The Court approves the parties' stipulation setting forth briefing on the Motion to Dismiss [22] as follows: Responses due by 6/6/2008. Replies due by 6/27/2008. Hearing on the Motion to Dismiss set for 7/31/2008 at 09:00 AM. The 5/21/08 presentment date for said motion is stricken; no appearance is required. Mailed notice. (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.