IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| R.R. STREET & CO. INC., and<br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA.,<br>as Subrogee of R.R. STREET & CO. INC.,<br><br>Plaintiffs,<br><br>v.<br><br>VULCAN MATERIALS CORPORATION,<br>n/k/a LEGACY VULCAN, CORP.,<br><br>Defendant. | No.: 08 CV 1182<br>Honorable Virginia M. Kendall |

## AGREED ORDER FOR BRIEFING SCHEDULE

This cause coming to be heard on Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), the parties being agreed and the Court being advised:

IT IS HEREBY ORDERED THAT:

(1) Plaintiffs shall file their Responses to Vulcan's Motion to Dismiss on or before June 6, 2008;

(2) Defendant shall file its Reply on or before June 27, 2008; and

(3) This matter is set for hearing on __July 31__, 2008, at __9:00 am__.

_____
The Honorable Virginia M. Kendall

MAY 20 2008

Order prepared by:
Bryan G. Schumann
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, Illinois 60661-2511
Tel: (312) 466-8000
Fax: (312) 466-8001