# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

R.R. Street & Co. Inc., et al.

                        Plaintiff,

v.                                                     Case No.: 1:08−cv−01182
                                                   Honorable Virginia M. Kendall

Vulcan Materials Company

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held. Discovery is ordered stayed pending resolution of the pending motion to dismiss or to stay. Mr. Schumman's oral motion to withdraw as counsel for plaintiff R.R. Street is granted.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.