UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R.R. STREET & CO. INC. and<br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA, as<br>subrogee of R.R. Street & Co. Inc.<br>     Plaintiffs,<br><br>v.<br><br>VULCAN MATERIALS COMPANY, n/k/a<br>LEGACY VULCAN CORP.,<br>     Defendant. | §<br>§<br>§<br>§<br>§  Case No. 1:08-CV-01182<br>§  Judge: Hon. Virginia M. Kendall<br>§  (Jury Requested)<br>§<br>§<br>§<br>§ |

### ORDER GRANTING R.R. STREET & CO. INC.'S MOTION FOR LEAVE TO FILE SURREPLY IN RESPONSE TO VULCAN'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY

On this the _____ day of _____, 2008, the Court considered R.R. Street & Co. Inc.'s ("Street") Motion for Leave to File Surreply, and after considering the Motion, the Court finds that said Motion should be **GRANTED** and Street's Surreply (Docket No. ___) is accepted and made a part of the record.

Signed this the _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE