UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R.R. STREET & CO. INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, as subrogee of R.R. Street & Co. Inc.<br>    Plaintiffs,<br><br>v.<br><br>VULCAN MATERIALS COMPANY, n/k/a LEGACY VULCAN CORP.,<br>    Defendant. | Case No. 1:08-CV-01182<br>Judge: Hon. Virginia M. Kendall<br>(Jury Requested) |

## NOTICE OF MOTION

TO:  Richard C. Godfrey, P.C.           Bryan G. Schumann
     Matthew T. Regan, P.C.             Bollinger Ruberry & Garvey
     Kirkland & Ellis LLP               500 West Madison Street
     200 East Randolph Drive            Suite 2300
     Chicago, Illinois 60601            Chicago, Illinois 60661

On Thursday, July 17, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I, or someone acting on my behalf, shall appear before the Honorable Virginia M. Kendall or any Judge sitting in her stead, in Courtroom 2319 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and there and then present R.R. Street & Co. Inc.'s Motion for Leave to File Surreply in Response to Legacy Vulcan Corp.'s Motion to Dismiss or, in the Alternative, Stay Plaintiffs' Amended Complaint, a copy of which has previously been filed (Docket No. 33) and served upon you.

{00124088.DOC}

Dated: July 14, 2008. Respectfully submitted,

HICKS, THOMAS & LILIENSTERN, LLP

__/s/ John B. Thomas__
John B. Thomas
Texas State Bar No. 09585000
Federal Admission ID No. 10675
Stephen M. Loftin
Texas State Bar No. 12489510
Federal Admission ID No. 12676
700 Louisiana, Suite 2000
Houston, Texas  77002
Tel:  (713) 547-9100
Fax:  (713) 547-9150

**ATTORNEYS FOR PLAINTIFF,
R.R. STREET & CO. INC.**

### PROOF OF SERVICE BY E-MAIL AND U.S. MAIL

The undersigned, an attorney, states and certifies that a true and correct copy of the aforementioned document was served upon the above parties electronically via the U.S. District Court's ECF system on July 14, 2008, and by mailing a copy to the above addresses on July 14, 2008, with proper postage prepaid.

__/s/ John B. Thomas__

{00124088.DOC}