UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R.R. STREET & CO. INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, as subrogee of R.R. Street & Co. Inc. <br>     Plaintiffs, <br><br> v. <br><br> VULCAN MATERIALS COMPANY, n/k/a LEGACY VULCAN CORP., <br>     Defendant. | § § § § § § § § § § § § § § § |

Case No. 1:08-CV-01182
Judge: Hon. Virgina M. Kendall
(Jury Requested)

## NOTICE OF MOTION

TO:  Richard C. Godfrey, P.C.              John B. Thomas
     Matthew T. Regan, P.C.                Stephen M. Loftin
     Kirkland & Ellis LLP                  HICKS, THOMAS & LILIENSTERN, LLP
     200 East Randolph Drive               700 Louisiana, Suite 2000
     Chicago, Illinois 60601               Houston, Texas 77002

On Thursday, July 17, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall or any Judge sitting in her stead, in Courtroom 2319 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and there and then present the attached Motion for Leave to File a Surreply to the Reply in Support of Vulcan's Motion to Dismiss or Alternatively, to Stay.

    /s/ Bryan G. Schumann /s/

## PROOF OF SERVICE BY E-MAIL AND U.S. MAIL

The undersigned, an attorney, states and certifies that a true and correct copy of the aforementioned document was served upon the above parties electronically via the U.S. District Court's ECF system on July 14, 2008, and by mailing a copy to the above addresses and depositing the same in the U.S. mail at 500 West Madison Street, Chicago, Illinois 60661 before 5:00 p.m. on July 14, 2008, with proper postage prepaid.

Bryan G. Schumann
Federal Admission ID No. 6190102         /s/ Bryan G. Schumann /s/
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, Illinois 60661/
(312) 466-8000/Facsimile: 312-466-8001