UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R.R. STREET & CO. INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, as subrogee of R.R. Street & Co. Inc.<br>　　Plaintiffs,<br><br>v.<br><br>VULCAN MATERIALS COMPANY, n/k/a LEGACY VULCAN CORP.,<br>　　Defendant. | §§§§§§§§§§§§ Case No. 1:08-CV-01182<br>Judge: Hon. Virgina M. Kendall<br>(Jury Requested) |

### RE-NOTICE OF MOTION

TO:　Richard C. Godfrey, P.C.　　　　John B. Thomas
　　　Matthew T. Regan, P.C.　　　　 Stephen M. Loftin
　　　Kirkland & Ellis LLP　　　　　 HICKS, THOMAS & LILIENSTERN, LLP
　　　200 East Randolph Drive　　　　700 Louisiana, Suite 2000
　　　Chicago, Illinois 60601　　　　Houston, Texas 77002

　　　On Monday, July 21, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall or any Judge sitting in her stead, in Courtroom 2319 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and there and then present the previously-filed Motion for Leave to File a Surreply to the Reply in Support of Vulcan's Motion to Dismiss or Alternatively, to Stay (Docket No. 34).

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Bryan G. Schumann /s/

### PROOF OF SERVICE BY E-MAIL AND U.S. MAIL

　　　The undersigned, an attorney, states and certifies that a true and correct copy of the aforementioned document was served upon the above parties electronically via the U.S. District Court's ECF system on July 15, 2008.

Bryan G. Schumann
Federal Admission ID No. 6190102　　　　　　/s/ Bryan G. Schumann /s/
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, Illinois 60661/
(312) 466-8000/Facsimile: 312-466-8001