UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R.R. STREET & CO. INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, as subrogee of R.R. Street & Co. Inc.<br>    Plaintiffs,<br><br>v.<br><br>VULCAN MATERIALS COMPANY, n/k/a LEGACY VULCAN CORP.,<br>    Defendant. | Case No. 1:08-CV-01182<br>Judge: Hon. Virginia M. Kendall<br>(Jury Requested) |

### RE-NOTICE OF MOTION

TO:   Richard C. Godfrey, P.C.          Bryan G. Schumann
        Matthew T. Regan, P.C.         Bollinger Ruberry & Garvey
        Kirkland & Ellis LLP             500 West Madison Street
        200 East Randolph Drive        Suite 2300
        Chicago, Illinois 60601         Chicago, Illinois 60661

      On Monday, July 21, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I, or someone acting on my behalf, shall appear before the Honorable Virginia M. Kendall or any Judge sitting in her stead, in Courtroom 2319 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and there and then present R.R. Street & Co. Inc.'s Motion for Leave to File Surreply in Response to Legacy Vulcan Corp.'s Motion to Dismiss or, in the Alternative, Stay Plaintiffs' Amended Complaint, a copy of which has previously been filed (Docket No. 33) and served upon you.

{00124131.DOC}

Dated:       July 15, 2008.            Respectfully submitted,

                                       HICKS, THOMAS & LILIENSTERN, LLP

                                       **/s/ John B. Thomas**
John B. Thomas
Texas State Bar No. 09585000
Federal Admission ID No. 10675
Stephen M. Loftin
Texas State Bar No. 12489510
Federal Admission ID No. 12676
700 Louisiana, Suite 2000
Houston, Texas 77002
Tel: (713) 547-9100
Fax: (713) 547-9150

**ATTORNEYS FOR PLAINTIFF,
R.R. STREET & CO. INC.**

## PROOF OF SERVICE BY E-MAIL

The undersigned, an attorney, states and certifies that a true and correct copy of the aforementioned document was served upon the above parties electronically via the U.S. District Court's ECF system on July 15, 2008.

                                                           **/s/ John B. Thomas**