UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R.R. STREET & CO. INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, as subrogee of R.R. Street & Co. Inc.<br>　　Plaintiffs,<br><br>v.<br><br>VULCAN MATERIALS COMPANY, n/k/a LEGACY VULCAN CORP.,<br>　　Defendant. | Case No. 1:08-CV-01182<br>Judge: Hon. Virginia M. Kendall<br>(Jury Requested) |

## NOTICE OF MOTION

TO:　Richard C. Godfrey, P.C.　　　　　Bryan G. Schumann
　　　Matthew T. Regan, P.C.　　　　　　Bollinger Ruberry & Garvey
　　　Kirkland & Ellis LLP　　　　　　　　500 West Madison Street
　　　200 East Randolph Drive　　　　　　Suite 2300
　　　Chicago, Illinois 60601　　　　　　Chicago, Illinois 60661

On Thursday, August 21, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I, or someone acting on my behalf, shall appear before the Honorable Virginia M. Kendall or any Judge sitting in her stead, in Courtroom 2319 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and there and then present R.R. Street & Co. Inc.'s Motion to Alter or Amend the Judgment.

Dated:		August 14, 2008.		Respectfully submitted,

                                       HICKS, THOMAS & LILIENSTERN, LLP

                                       **/s/ John B. Thomas**
John B. Thomas
Texas State Bar No. 09585000
Federal Admission ID No. 10675
Stephen M. Loftin
Texas State Bar No. 12489510
Federal Admission ID No. 12676
700 Louisiana, Suite 2000
Houston, Texas  77002
Tel:  (713) 547-9100
Fax:  (713) 547-9150

**ATTORNEYS FOR PLAINTIFF,
R.R. STREET & CO. INC.**

## PROOF OF SERVICE BY E-MAIL

     The undersigned, an attorney, states and certifies that a true and correct copy of the aforementioned document was served upon the above parties electronically via the U.S. District Court's ECF system on August 14, 2008.

                                         **/s/ John B. Thomas**