**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **R.R. STREET & CO. INC. and** | § | |
| **NATIONAL UNION FIRE INSURANCE** | § | |
| **COMPANY OF PITTSBURGH, PA, as** | § | |
| **subrogee of R.R. Street & Co. Inc.** | § | |
| **Plaintiffs,** | § | **Case No. 1:08-CV-01182** |
| | § | **Judge:  Hon. Virginia M. Kendall** |
| **v.** | § | **(Jury Requested)** |
| | § | |
| **VULCAN MATERIALS COMPANY,** | § | |
| **n/k/a LEGACY VULCAN CORP.,** | § | |
| **Defendant.** | § | |

## NOTICE OF MOTION

TO:  Richard C. Godfrey              John B. Thomas
     Matthew T. Regan                Stephen M. Loftin
     Kirkland & Ellis, LLP           Hicks Thomas & Lilienstern, LLP
     200 East Randolph Drive         700 Louisiana, Suite 2000
     Chicago, IL 60601               Houston, TX 77002

On Thursday, August 21, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I or someone acting on my behalf shall appear before the Honorable Virginia M. Kendall or any Judge sitting in her stead, in Courtroom 2319 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and there and then present National Union Fire Insurance Company of Pittsburgh, PA's Motion to Alter or Amend the Judgment.

Dated August 14, 2008.

Respectfully submitted,

BOLLINGER, RUBERRY & GARVEY


\_\_/s/ Bryan G. Schumann\_\_
Bryan G. Schumann
Federal Admission ID No. 6190102
500 West Madison Street, Suite 2300
Chicago, Illinois 60661-2511
Tel: (312) 466-8000
Fax: (312) 466-8001

**ATTORNEYS FOR PLAINTIFF,
NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA, as subrogee of R.R.
STREET**


## PROOF OF SERVICE VIA EMAIL

The undersigned, an attorney, states and certifies that a true and correct copy of the aforementioned document was served upon the above parties electronically via the U.S. District Court's ECF system on August 14, 2008.

\_\_\_\_/s/ Bryan G. Schumann_____